UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUANNA LOVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0911-B |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 14). The parties have announced to the Court that all causes of action asserted in this action have been resolved. Accordingly, the Court **GRANTS** the Joint Motion to Dismiss. It is **ORDERED** that the claims and causes of action asserted by the parties herein are hereby dismissed with prejudice and with each party to pay their own costs and attorneys' fees.

SO ORDERED.

SIGNED: January 12, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE